■ In the Matter of MARVIN T. HYMAN, an Attorney.— Motion granted, and respondent reinstated as an attorney and counselor at law of the State of New York. Concur — McGivern, P. J., Markewich, Kupferman, Tilzer and Capozzoli, JJ. [38 A D 2d 511.]

■ In the Matter of MAX NELSON, an Attorney.— Motion granted, and respondent reinstated as an attorney and counselor at law of the State of New York. Concur — McGivern, P. J., Markewich, Nunez, Kupferman and Murphy, JJ. [42 A D 2d 17.]

■ RIDGEWOOD ASSOCIATES, INC., v. STATE DIVISION OF HUMAN RIGHTS.— On the court's own motion, and pursuant to section 298 of the Executive Law, the application herein, motion and cross motion are transferred to the Appellate Division, Second Department, for further proceedings (*Matter of Lemelle* v. *State Division of Human Rights,* 37 A D 2d 764). Concur — Nunez, J. P., Steuer, Capozzoli, Lane and Lynch, JJ.

## (February 25, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LEE, Appellant.— Judgment, Supreme Court, New York County, rendered on March 28, 1973, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). No opinion. Concur — Markewich, J. P., Steuer, Tilzer, Lane and Lynch, JJ.